IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **CADILAC DERRICK,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:10-CV-04158-MJW |
| ) | |
| **TIM GIGER, et al.,** ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Plaintiff Cadilac Derrick, through his counsel of record, and defendants Tim Giger and John Logan, through their counsel of record, hereby stipulate that plaintiff's amended complaint, and all of plaintiff's claims and causes of action, are hereby dismissed with prejudice. Each party will bear that party's own attorney's fees and court costs.

Respectfully submitted,

KING, KREHBIEL & HELLMICH, LLC

By: /s/ Samuel E. Trapp            /s/ Robert J. Krehbiel
SAMUEL E. TRAPP #52617             ROBERT J. KREHBIEL #28616
4732 Highway 54                    2000 South Hanley Road
P.O. Box 1680                      St. Louis, MO 63144-1524
Osage Beach, MO 65065              Phone: (314) 646-1110
(573) 348-2021                     FAX: (314) 646-1122
(573) 348-2026 (Fax)               E-Mail: rkrehbiel@kkhhb.com
E-Mail: sam.trapp@trapplaw.biz     *Attorneys for Defendants*
*Attorney for Plaintiff*